## MURPHY v. COMLEY LUMBER CO. et al.

No. 11315—Opinion Filed Dec. 14, 1920.

(Syllabus by the Court.)

### 1. Appeal and Error—Record—Matters Reviewable on Transcript.

A transcript brings up for review only the record; and motions, the rulings thereon, and exceptions thereto, being no part of the record proper, cannot be considered on transcript.

### 2. Same—Time of Appeal.

Where the appeal is by transcript and is filed in the Supreme Court more than six months after the last proceeding which can be considered on transcript, this court is without authority to review the action of the trial court.

### 3. Appeal and Error—Time for Appeal—Review.

Under chapter 18, Sess. Laws 1910-11, proceedings in error in the Supreme Court must be brought within six months from the date of the rendition of the judgment or order from which the appeal is sought to be taken, and, when not so brought, this court is without jurisdiction to review such final order.

Error from District Court, Texas County; Arthur G. Sutton, Judge.

Action by Comley Lumber Company, a corporation, against John R. Murphy and N. Y. Oldham. Judgment for plaintiff, and defendant Murphy brings error. Dismissed.

G. W. Sawyer, for plaintiff in error.

John L. Gleason and H. E. G. Putman, for defendant in error Comley Lumber Co.

RAINEY, C. J. The motion to dismiss, to which there has been no response, is on the ground that the appeal has been filed out of time, and that therefore the court is without jurisdiction to entertain the appeal.

The record shows that judgment was entered on May 31, 1919. The record of the trial court, as corrected, shows that motion for new trial was overruled on June 5, 1919. No error is assigned thereon.

Petition in error, with transcript attached, was filed in this court April 3, 1920. The appeal being by transcript, which brings up only the record proper, and motions, the rulings thereon, and the exceptions thereto being no part of the record proper, the judgment entry of May 31, 1919, is the last proceeding in this case which can be considered as a part of the transcript. Williams v. Kelly, 71 Oklahoma, 176 Pac. 204; Folsom v. Billy, 78 Okla. 146, 189 Pac. 188; Morrison v. W. L. Green Comm. Co., 61 Okla. 287, 161 Pac. 218.

The appeal was filed in this court more than six months from the rendition of judg-

ment. Under chapter 18, Sess. Laws 1910-11, proceedings in error in the district court must be brought within six months from the date of the rendition of the judgment or order from which the appeal is sought to be taken, and, when not so brought, this court is without jurisdiction to review such final order. Perry v. Werline, 77 Okla. 92, and cases therein cited; Wood v. McEwen, 45 Okla. 11, 144 Pac. 590.

For the reasons stated, the appeal is dismissed.

All the Justices concur.